**2016–1582.  State ex rel. Ganley Chevrolet, Inc. v. Sutula.**
In Mandamus and Prohibition. On motion to intervene as respondents. Motion granted. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'DONNELL, J., dissents and would deny the motions to dismiss and grant an alternative writ.